No. 457. GANS STEAMSHIP LINE *v.* UNITED STATES. November 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Jacob S. Seidman* and *John E. Hughe*s for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Paul R. Russell* for the United States.

No. 471. SCHLAFLY, EXECUTOR, *v.* BECKER, COLLECTOR OF INTERNAL REVENUE. November 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Abraham Lowenhaupt* and *Stanley S. Waite* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 472. BEMIS, EXECUTOR, *v.* BECKER, COLLECTOR CF INTERNAL REVENUE. November 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Abraham Lowenhaupt* and *Stanley S. Waite* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 481. THOMPSON, TRUSTEE, *v.* MAGNOLIA PETROLEUM CO. ET AL. November 22, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Thomas T. Railey* for petitioner. *Messrs. Craig Van Meter* and *Fred H. Kelly* for respondents.